UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61909-CIV-COHN/WHITE

DALE H. CLINE,

     Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S
OFFICE, ET AL.,

     Defendants.

_____/

## ORDER DENYING MOTION OBJECTING TO MAGISTRATE JUDGE'S ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion Objecting to Magistrate Judge's Order and So Directing Objection to District Court Judge Cohn [DE 69].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiff objects to United States Magistrate Judge Patrick A. White's consideration of Docket Entries 56, 57, 30, 55, 58, 51, 48, 36, 39 and 40, arguing that these motions should have been addressed by the undersigned.  Additionally, Plaintiff is again asking the Court to appoint counsel.

The Court finds that the above-listed motions were properly determined by disposition or report and recommendation pursuant to 29 U.S.C. § 636 and in accordance with the Clerk's Notice of Magistrate Judge Assignment in this action [DE 4].  Therefore, this portion of Plaintiff's Motion shall be denied.  The Court further finds no basis for appointing Plaintiff counsel in this matter.  Absent compelling circumstances, prisoners bringing private civil suits pursuant to 42 U.S.C. § 1983 are

required to bear their own expenses.  As stated by the Eleventh Circuit,

> A civil litigant, including a prisoner pursuing a section 1983 action, has no absolute constitutional right to the appointment of counsel.  Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir.1985); Mekdeci v. Merrell Nat'l Laboratories, 711 F.2d 1510, 1522 n. 19 (11th Cir.1983). The appointment of counsel is instead a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner. Wahl, 773 F.2d at 1174.

Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987); see also Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993) ("The key is whether the pro se litigant needs help in presenting the essential merits of his or her position to the court. Where the facts and issues are simple, he or she usually will not need such help.").  The Court maintains that exceptional circumstances are not present at this time and this portion of Plaintiff's Motion shall also be denied.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion Objecting to Magistrate Judge's Order and So Directing Objection to District Court Judge Cohn [DE 69] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of January, 2007.

JAMES I. COHN
United States District Judge

Copies on following page

2

copies to:

United States Magistrate Judge White

Adriana Mihaela Jisa, Esq.

Dale H. Cline, *Pro Se*
No. 360500182
Broward County Stockade F4-14
P.O. Box 407065
Fort Lauderdale, Florida 33340