```
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA

                                  CASE NO. 05-61909-Civ-COHN
                                  MAGISTRATE P. A. WHITE
```

DALE H. CLINE,                  :

    Plaintiff,              :

v.                              :         REPORT THAT CASE IS
                                          READY FOR TRIAL
BROWARD COUNTY SHERIFF, et al.,:

    Defendants.             :
_____

    This prisoner civil rights action, pursuant to 42 U.S.C. §1983, is pending on plaintiff Cline's complaint, as amended, alleging that he was put at risk of harm in Broward County jail facilities when despite his filing of repeated grievances, inmates who had not been given health screening, and were not medically cleared to do so, were repeatedly, over periods of many months, allowed to handle food and/or water, and often did so in an unsanitary manner. The case was referred to the undersigned for preliminary proceedings pursuant to 28 U.S.C. §636(b)(l). On this date, a separate Report has been entered with recommendations that the defendants' joint motion for summary judgment (DE# 72) be granted in part, as to Sgt. Alfalo, and denied in part, as to the defendant Sheriff Jenne in his official capacity.

    Apart from the motion for summary judgment which is the subject of the other Report entered today, there are no pending motions in the case; the dates/deadlines for completion of pretrial procedures, as outlined in the Scheduling Order are passed; the plaintiff and defendant(s) have filed their pretrial statements (DE#s 41 and 81, respectively); and the case is now at issue. The parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c).

It is therefore respectfully recommended that this case be placed upon the trial calendar of the District Judge.

Dated: July 9th 2007.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   The James I. Cohn,
      United States District Judge

      Dale H. Cline, Pro Se
      P.O. Box 415372
      Miami Beach, FL 33141

      Adriana M. Jisa, Esquire
      Purdy, Jolly, Giuffreda & Barranco, P.A.
      2455 East Sunrise Blvd., Suite 1216
      Fort Lauderdale, FL 33304